UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BERT BAUMAN, Derivatively on Behalf of TITANIUM METALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| HAROLD C. SIMMONS, BOBBY D. O'BRIEN, JAMES W. BROWN, STEVEN L. WATSON, GLENN R. SIMMONS, PAUL J. ZUCCONI, KEITH R. COOGAN, THOMAS P. STAFFORD, TERRY N. WORRELL, and CONTRAN CORPORATION, | ) ) ) ) ) ) ) ) Case No. 3:11-CV-3607 |
| Defendants, -and- | ) ) ) |
| TITANIUM METALS CORPORATION, a Delaware corporation, | ) ) ) |
| Nominal Defendant. | ) |

### ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion for Voluntary Dismissal with Prejudice [Docket Entry #28]. The Motion is **GRANTED**. The Court of Chancery of the State of Delaware reviewed the proposed settlement of this action in a substantially identical derivative case, *Louisiana Municipal Police Employees' Retirement System v. Harold P. Simmons, et al.*; CA. No. 7059-CS. Moreover, the parties have represented, and the Court determines, that notice has been provided to the shareholders pursuant to Fed. R. Civ. P. 23.1(c). Accordingly, the Court HEREBY ORDERS THAT:

    1.    This action is DISMISSED with prejudice and without costs (except as otherwise agreed and/or ordered with respect to attorneys' fees and expenses).

2.	The Court retains jurisdiction over this matter for the purpose of adjudicating Plaintiff counsel's application for an award of attorneys' fees and expenses.

**SO ORDERED**.

May 16, 2013.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS