UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| BERT BAUMAN, Derivatively on Behalf of TITANIUM METALS CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>HAROLD C. SIMMONS, BOBBY D. O'BRIEN, JAMES W. BROWN, STEVEN L. WATSON, GLENN R. SIMMONS, PAUL J. ZUCCONI, KEITH R. COOGAN, THOMAS P. STAFFORD, TERRY N. WORRELL, and CONTRAN CORPORATION,<br><br>      Defendants,<br>  -and-<br><br>TITANIUM METALS CORPORATION, a Delaware corporation,<br><br>      Nominal Defendant. | Case No. 3:11-CV-3607<br><br>PARTIES' AGREED [PROPOSED] ORDER APPROVING ATTORNEYS' FEES SETTLEMENT |

WHEREAS the settlement of this Action (and a related derivative action) was approved by the Delaware Chancery Court on January 10, 2013, as fair, reasonable, adequate, and in the best interests of the corporation;

WHEREAS the Delaware Chancery Court instructed Plaintiff's counsel to seek any award of attorneys' fees and expenses in this Court, not to exceed $131,245.99 (the firm's lodestar and out-of-pocket expenses);

WHEREAS pursuant to the terms of the settlement, this Action was voluntarily dismissed on May 16, 2013, but the Court retained jurisdiction over the matter with respect to Plaintiff's counsel's attorneys' fees and expenses;

WHEREAS the parties to this Action have met and conferred and agreed that Defendants shall pay Plaintiff's counsel $65,623 for Plaintiff's counsel's role in achieving the substantial benefits to the corporation provided for in the settlement, and the parties agree that such amount is appropriate, fair, and reasonable;

WHEREAS, on December 17, 2013, U.S. Magistrate Judge Irma C. Ramirez held a telephonic hearing regarding the agreed attorneys' fees and expenses, at which all parties appeared;

WHEREAS the U.S. Magistrate Judge has reviewed and considered all documents and evidence presented in support of the agreed attorneys' fees and expenses, including the transcript of the settlement fairness hearing held in the Delaware Chancery Court on January 9, 2013, and the parties' presentations at the December 17, 2013 hearing;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Court hereby approves the settlement reached by the parties providing for the payment of attorneys' fees and expenses in the amount of $65,623 to Plaintiff's counsel in connection with the prosecution of this Action.

IT IS SO ORDERED.

_____12/19/13_____  
DATED

_____[signature]_____  
HONORABLE BARBARA M.G. LYNN  
U.S. DISTRICT JUDGE  
NORTHERN DISTRICT OF TEXAS

Submitted by:

| | |
|---|---|
| ROBBINS ARROYO LLP | BAKER BOTTS L.L.P. |
| By: /s/ Shane P. Sanders | By: /s/ David D. Sterling / by permission |
| Brian J. Robbins | David D. Sterling |
| Felipe J. Arroyo | Texas Bar No. 19170000 |
| Shane P. Sanders | Federal I.D. No. 07079 |
| 600 B Street, Suite 1900 | Danny David |
| San Diego, CA 92101 | Texas Bar No. 24028267 |
| Telephone: (619) 525-3990 | Federal I.D. No. 24028267 |
| Facsimile: (619) 525-3991 | One Shell Plaza |
| E-Mail: brobbins@robbinsarroyo.com | 910 Louisiana St. |
| farroyo@robbinsarroyo.com | Houston, TX 77002 |
| | Telephone: (713) 229-1234 |
| | Facsimile: (713) 229-1522 |
| | E-Mail: david.sterling@bakerbotts.com |
| | danny.david@bakerbotts.com |

KENDALL LAW GROUP, LLP
Joe Kendall
Texas Bar No. 11260700
Jamie J. McKey
Texas Bar No. 24045262
3232 McKinney Ave., Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
E-Mail: jkendall@kendalllawgroup.com
  jmcken@kendalllawgroup.com

*Attorneys for Plaintiff*

Jessica B. Pulliam
Texas Bar No. 24037309
2001 Ross Avenue
Dallas, TX 75205
Telephone: (214) 953-6677
Facsimile: (214) 661.4677
E-Mail: jessica.pulliam@bakerbotts.com

*Counsel for Nominal Defendant Titanium Metals Corporation and Defendants Harold C. Simmons, Bobby D. O'Brien, James W. Brown, Steven L. Watson, Glenn R. Simmons, Paul J. Zucconi, Keith R. Coogan, Thomas P. Stafford, Terry N. Worrell, and Contran Corporation*

848354